## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WORLDCARE LIMITED CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **8:11CV99** |
| WORLD INSURANCE COMPANY, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) ) | |

Plaintiff filed this action pursuant to the Lanham Act, 15 U.S.C. § 1051, *et seq.*, in the District of Connecticut.  The court denied the defendant's motion for dismissal for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and instead transferred the case to the District of Nebraska pursuant to 28 U.S.C. § 1406(a).  The case has been assigned to District Judge Laurie Smith Camp for disposition, and to the undersigned magistrate judge for full pretrial supervision.

Upon review of the file,

**IT IS ORDERED:**

1.    Defendant is given until and including **April 1, 2011** to serve its Answer to the Complaint.

2.    Counsel of record who are not registered to practice in the District of Nebraska and/or for the court's CM/ECF System, *see* NEGenR 1.3 and 1.7, shall do so no later than **April 20, 2011.** These requirements will be excused for attorneys who timely request leave to withdraw as counsel in this case.

**DATED March 18, 2011.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**