# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WORLDCARE LIMITED CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV99 |
| V. | ) ) | |
| WORLD INSURANCE COMPANY, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the court on the parties' joint request that the court resolve their dispute regarding the content of their proposed order concerning the production of electronically stored information ("ESI"). (Filing 90.)

The court concludes that WorldCare's position is the most reasonable and should be adopted in its entirety. At this stage in the proceeding, the court will not limit the production of ESI as requested by World Insurance Company. If, during the discovery process, World Insurance concludes that specific discovery requests are overly broad and unduly burdensome, or otherwise inappropriate, it may seek proper relief from the court.

**IT IS ORDERED:**

1. The parties shall submit a joint proposed order concerning the limitations and procedures regarding electronic discovery on or before August 24, 2011. The proposed order shall include (or exclude) the provisions suggested by WorldCare in Exhibit A to Filing No. 90.

**DATED August 17, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**