IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WORLDCARE LIMITED CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 8:11cv99 |
| vs. | ) ) | |
| WORLD INSURANCE COMPANY, | ) ) ) | ORDER |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Dana Zakarian and Jeffrey Harty, counsel for the parties,

**IT IS ORDERED:**

1. On or before **November 7, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for November 7, 2011, is cancelled upon the representation that this case is settled.

Dated this 7th day of October 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge